UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE: APPLICATION OF EVISON
HOLDINGS LIMITED                                             No. 20 MC 246-LTS

-------------------------------------------------------x

ORDER

The Court has received the United States Government's Notice filed October 23, 2020, which states that it is "considering whether to file a Statement of Interest in accordance with 28 U.S.C. § 517," and "expects to complete its deliberations and either file a Statement of Interest if it decides to do so, or notify the Court that it will not be making any submission at this stage of the litigation, by December 18, 2020." (Docket Entry No. 32.)

The parties are directed to confer and file a joint statement by **October 30, 2020**, as to the status of the Russian criminal proceedings and their respective positions as to whether resolution of respondents' motion to quash (Docket Entry No. 18) can await the Government's decision as to the filing of a Statement of Interest, and review of any such Statement by the Court.

SO ORDERED.

Dated: New York, New York
       October 26, 2020

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge